IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID JOVON MCDONALD, :
    Petitioner :
     :
    vs.     CIVIL NO. 1:CV-10-0379
     :
    (Judge Caldwell)
BARACK OBAMA, et al., :
    (Magistrate Judge Carlson)
    Respondent :

*O R D E R*

AND NOW, this 15th day of April, 2010, upon consideration of the thoughtful and thorough Report and Recommendation of Magistrate Judge Carlson, to which no objections have been filed, the report is approved. Pursuant to the recommendation, it is Ordered that the petition for a writ of habeas corpus in this case is denied.

Any appeal of this order would not be taken in good faith.


                                            /s/William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge